# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Statesville ~~Caison~~ Division

FILED In Court
Statesville, NC

FEB 2 2022

US District Court
Western District of NC

CHRISTOPHER DWAYNE JOHNSON )
_____ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
LOCAL GOVERNMENT FEDERAL CREDIT UNION )
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

Case No. 5:22 CV 10-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [✓] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Dwayne Johnson |
| Street Address | 407 Eastside Drive |
| City and County | Statesville, Iredell |
| State and Zip Code | North Carolina 28625 |
| Telephone Number | (704)-500-6574 |
| E-mail Address | Chrisjohnson240@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: LOCAL GOVERNMENT FEDERAL CREDIT UNION
- Job or Title (if known):
- Street Address: 323 West Jones Street, Suite 600
- City and County: Raleigh, Wake County
- State and Zip Code: North Carolina 27603
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1635, 15 USC 1605, 15 USC 1640, 15 USC 1611

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/02/2022

Signature of Plaintiff: *Christopher Johnson*
Printed Name of Plaintiff: Christopher Johnson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Affidavit of Truth

Notice, it is fact, affiant, believes and does so believe that there has been a breach of contract with LOCAL GOVERNMENT FEDERAL CREDIT UNION on the TRUTH IN LENDING DISCLOSURE & SECURITY AGREEMENT PROMISSORY NOTE.

Notice, it is a fact, I am a federally protected consumer, pursuant to **15 U.S Code § 1692a(3)** and **16 C.F.R 444.1(d)** holder in due course, attorney in fact, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will autograph for my given name, (CHRISTOPHER JOHNSON) as the agent and administrator in fact.

Notice, Pursuant to **15 U.S. Code § 1601(a)**, It is a Fact, affiant, believes and does so believes that there has been a lack of meaningful disclosure of credit terms to I, the consumer. **(See Exhibit A)**

Notice, Pursuant to **15 U.S. Code § 1605(a).** The affiant is aware that the **finance charge** is the sum of **ALL** charges which includes interest, delivery service fees, loan fees, **premium insurance** to cover any defaults, broker fees, Insurance for the vehicle and Insurance to cover health, life, accident and gap insurance, are all included in the finance charge. **(See Exhibit B)**

1

Notice, it is a fact, the promissory note (**See Exhibit C**) received by affaint, does not conspicuously disclose the **full** finance charge as defined in **15 U.S. Code § 1605 (See Exhibit B)** instead it disclosures a partial amount which is considered false and misleading pursuant to **15 U.S. Code 1692e. (See Exhibit D)**

Notice, it is a fact, affiant, was not given the option to include insurance into the finance charge.

Notice, it is a fact, LOCAL GOVERNMENT FEDERAL CREDIT UNION loan officer Dustin Laney, from branch office 031 did not give affiant proper disclosure as to **all** insurance options available at the time of purchase.

Pursuant to **15 U.S. Code § 1632(a),** affiant is aware that the finance charge shall be disclosed more conspicuously than other terms, data, or information provided in connection with a transaction. **(See Exhibit E)**

Notice, it is a fact since loan officer Dustin Laney and LOCAL GOVERNMENT FEDERAL CREDIT UNION failed to give proper disclosure to include my insurance in the finance charge, both "persons" are now criminally liable pursuant to **15 U.S. Code § 1611** for failure to provide & disclose this information under the Truth in Lending Act. **(See Exhibit F)**

2

Notice, it is a fact, affiant is aware and has proof on the Right of Rescission pursuant to **12 C.F.R § 1026.23 & 15 U.S. Code § 1635** that notice was given to LOCAL GOVERNMENT FEDERAL CREDIT UNION via mail with certified mail number **7018 3090 0000 0533 2474** . **(See Exhibit G)**

Notice, it is a fact, pursuant to **15 U.S. Code § 1635(b) (See Exhibit H)** the creditor (LOCAL GOVERNMENT FEDERAL CREDIT UNION) has failed to comply with the following requirement under this subchapter making LOCAL GOVERNMENT FEDERAL CREDIT UNION civilly liable pursuant to **15 U.S. Code § 1640(a)(1) (See Exhibit I & J)**

Notice, it is a fact, affiant is aware and has case law that a similar situation dealing with the Right of Rescission under the Truth in Lending Act was heard in supreme court in 2014 against **Jesinoski v. Countrywide Home Loans, Inc. (See Exhibit K)**

Notice, it is a fact, affiant is aware pursuant to **16 C.F.R § 433.2(a)** that **any** seller who sells or leases goods to consumers must contain the following provision in at least ten point boldface type on a consumer credit contract. **(See Exhibit L)**

3

Notice, it is a fact, affiant is aware that the following provision was not listed on the consumer credit contract making the contract null and void. **(See Exhibit C)**

Notice, it is a fact, affiant is aware Pursuant to **16 C.F.R § 433.3** that **no** "seller" is exempt from adding the following provision **unless** it was before November 1,1977. **(See Exhibit M)**

Notice, it is a fact, affiant is **demanding** LOCAL GOVERNMENT FEDERAL CREDIT UNION to provide bookkeeping entries for said loan followed by GAAP & **ALL** documentary evidence Pursuant to **15 U.S. Code § 44** to see what party funded the loan for said promissory note. **(See Exhibit N)**

Notice, it is a fact, affiant is aware and has proof that the SECRETARY OF STATE certified a UCC 11 information request to search for any liens of given name christopher johnson with residence 407 Eastside Drive Statesville NC 28625 & nothing was on file so what debt do LOCAL GOVERNMENT FEDERAL CREDIT UNION speak of? **(See EXHIBIT O)**

4